**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>SSN:  xxx-xx-2213,<br>STACY HARTMAN GOODE,<br>SSN:  xxx-xx-4026,<br><br>        Debtors. | Case No. 25-16569-JGR<br>Chapter 13 |
| GAIA, INC.,<br><br>        Plaintiff,<br>v.<br><br>JAMES COREY GOODE,<br><br>        Defendant. | Adv. Pro. No. 26-01007-JGR |

**ORDER TO SHOW CAUSE**

THIS MATTER comes before the Court *sua sponte*. On January 5, 2026, Plaintiff filed an Adversary Complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a)(2) (Doc 1).  On the same date, the Clerk issued a summons (Doc. 2).  There has been no further activity in the case since.  It is, therefore,

ORDERED that on or before **March 18, 2026,** Plaintiff shall advance administration of the within adversary proceeding by filing with the Court (a) proof of service and a motion for clerk's entry of default, (b) a motion for issuance of an alias summons, or (c) a written status report showing cause as to why this adversary proceeding should not be dismissed for failure to prosecute.  In the event Plaintiff fails to timely respond to this Order to Show Cause, the Court will enter its Order dismissing this proceeding without further notice or hearing.

Dated: March 4, 2026.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge