United States Bankruptcy Court

District of Colorado

Gaia, Inc.,

    Plaintiff

Goode,

    Defendant

Adv. Proc. No. 26-01007-JGR

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + James Corey Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Mar 04 2026 22:12:17 | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph T. Bernstein | on behalf of Plaintiff Gaia  Inc. jtb@msbfirm.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>SSN:  xxx-xx-2213,<br>STACY HARTMAN GOODE,<br>SSN:  xxx-xx-4026,<br><br>    Debtors. | Case No. 25-16569-JGR<br>Chapter 13 |
| GAIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br><br>    Defendant. | Adv. Pro. No. 26-01007-JGR |

**ORDER TO SHOW CAUSE**

THIS MATTER comes before the Court *sua sponte*. On January 5, 2026, Plaintiff filed an Adversary Complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a)(2) (Doc 1).  On the same date, the Clerk issued a summons (Doc. 2).  There has been no further activity in the case since.  It is, therefore,

ORDERED that on or before **March 18, 2026,** Plaintiff shall advance administration of the within adversary proceeding by filing with the Court (a) proof of service and a motion for clerk's entry of default, (b) a motion for issuance of an alias summons, or (c) a written status report showing cause as to why this adversary proceeding should not be dismissed for failure to prosecute.  In the event Plaintiff fails to timely respond to this Order to Show Cause, the Court will enter its Order dismissing this proceeding without further notice or hearing.

Dated: March 4, 2026.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge