**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-16569-JGR |
| JAMES COREY GOODE, | |
| STACY HARTMAN GOODE, | Chapter 13 |
| Debtors. | |
| GAIA, INC. | Adv. Pro. No. <u>26-01007-JGR</u> |
| Plaintiff, | |
| v. | |
| JAMES COREY GOODE, | |
| Defendant. | |

---

**CERTIFICATE OF SERVICE**

---

I, Joseph T. Bernstein, certify that I am, and at all times during the service process was, not less than eighteen years of age and not a party to the matter concerning which service of process was made.  I further certify that service of the Summons, Notice to Litigants, and a copy of the Complaint was made on January 5, 2026, by:

<u>X</u>    Mail Service: Regular, first class United States mail, postage pre-paid, addressed to:

James Corey Goode
6525 Gunpark Dr. #370-227
Boulder, CO 80301

-- and --

James Corey Goode
c/o Nicholas Craig Horvath, Esq.
The Horvath Law Firm, LLC
P.O. Box 698
Littleton, CO 80160

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Publication: The defendant was served as follows:

__ State Law: The defendant was served pursuant to the laws of the State of ___ as follows:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 5, 2026          Respectfully submitted,

/s/ Joseph T. Bernstein
Joseph T. Bernstein, CO Atty. No. 37753
MERRICK SHANER & BERNSTEIN, LLC
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: (303) 831-9400
Facsimile: (303) 771-5803
E-Mail: jtb@msbfirm.com

ATTORNEYS FOR GAIA, INC.