## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

In re:

JAMES COREY GOODE,

STACY HARTMAN GOODE,

      Debtors.

Bankruptcy Case No. 25-16569-JGR

Chapter 13

GAIA, INC.

      Plaintiff,

v.

JAMES COREY GOODE,

      Defendant.

Adv. Pro. No. 26-01007-JGR

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, Gaia, Inc. ("Gaia"), through its undersigned counsel, MERRICK SHANER & BERNSTEIN, LLC, respectfully requests the entry of a Clerk's Default against Defendant, James Corey Goode ("Goode"). In support of this Motion, Gaia respectfully advises the Court as follows:

1.    Goode filed for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on October 29, 2025.

2.    Gaia timely commenced this adversary proceeding on January 5, 2026, asserting a claim against Goode pursuant to 11 U.S.C. § 523(a)(2)(A).

3.    The Affidavit of Joseph T. Bernstein in support of this Motion is attached hereto as Exhibit 1.

4.     The Summons was issued on January 5, 2026.  On that same day, copies of the Complaint, Summons and Notice to Litigants were served upon Goode, and his bankruptcy counsel in the chapter 13 proceeding, by first class United States mail pursuant to Fed.R.Bankr.P. 7004(b).  Exhibit 1 at ¶2; *see also* Certificate of Service filed herewith.

5.     Pursuant to Fed.R.Bankr.P. 7012(a), Goode's answer to the Complaint was initially due to be filed on February 4, 2026.

6.     Counsel for Gaia was contacted by an attorney in Texas, Valerie Yanaros, Esq.  Exhibit 1 at ¶4.  On Goode's behalf, Ms. Yanaros requested two 14-day extensions of time for Goode to file his answer to the Complaint.  *See* correspondence dated February 17-18, 2026, attached as Exhibit 2.  Gaia agreed to both of those requests.  Therefore, by agreement of the parties, Goode's answer to the Complaint was due to be filed by March 4, 2026.  *Id.*

7.     On March 3, 2026, Ms. Yanaros requested a third extension of time.  *Id.* at ¶5.  On March 3-4, 2026, counsel for the parties exchanged e-mails requesting additional information about the need for more time.  *Id.*; *see also* correspondence dated March 3-4, 2026, attached as Exhibit 3.  Gaia has not agreed to any further extensions of time.

8.     Notwithstanding those agreements, and notwithstanding service of the Complaint, Summons and Notice to Litigants, Goode has failed to answer or otherwise respond to the Complaint.  The extensions of time requested on Goode's behalf have expired.  Goode has not filed a motion with this Court for additional time, has not otherwise appeared, and the deadline for Goode to file an answer to the Complaint has now passed.

9.     This Court has jurisdiction of this proceeding pursuant to 28 U.S.C. § 1334(b) and 28 U.S.C. §§ 157(a) and (b)(1).  This is a core proceeding.

10.    Venue is proper in this Court pursuant to 28 U.S.C. § 1409 as Goode filed

for relief in the State of Colorado.

11.     Service upon Defendant was proper pursuant to Fed.R.Bankr.P. 7004(b).

12.     Pursuant to Fed.R.Civ.P. 55(a), incorporated by Fed.R.Bankr.P. 7055, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk shall enter the party's default.

13.     According to the Bankruptcy Court's docket, Goode has failed to file an answer or otherwise respond to the Gaia's Complaint, and the deadline for him to do so has passed.

14.     The entry of default against Goode is now appropriate pursuant to Fed.R.Civ.P. 55(a) and Fed.R.Bankr.P. 7055.

15.     Upon the entry of the Clerk's default, Gaia shall seek default judgment by separate motion.  Exhibit 1 at ¶8.

WHEREFORE, Gaia respectfully requests the entry of a Clerk's default against Goode and such other and further relief as the Court may deem appropriate.

Dated: March 13, 2026          Respectfully submitted,

/s/ Joseph T. Bernstein
Joseph T. Bernstein, CO Atty. No. 37753
MERRICK SHANER & BERNSTEIN, LLC
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: (303) 831-9400
Facsimile: (303) 771-5803
E-Mail: jtb@msbfirm.com

ATTORNEYS FOR GAIA, INC.

3