**Subject:** Re: FW: Goode v. Gaia–Extension of Time to Respond
**Date:** Wednesday, March 4, 2026 at 3:32:28 PM Mountain Standard Time
**From:** Craig Horvath <craig@thehorvathlawfirm.com>
**To:** Joseph Bernstein <jtb@msbfirm.com>
**CC:** yanaroslaw <valerie@yanaroslaw.com>

Joe,

Yes, the Debtors are looking at an amended plan that will pay 100% of timely filed unsecured claims. Let me know if you need anything else. Also, are the claims by Rysavy and Medvedich duplicative in the amounts? Is it one judgment for the $59K?

Thanks,

Craig

On Wed, Mar 4, 2026 at 3:23PM Joseph Bernstein <jtb@msbfirm.com> wrote:

> Craig:
>
> Please see below my email exchange with Valerie Yanaros regarding her request for an extension of time for debtor Corey Goode to answer or otherwise respond to the adversary complaint filed on behalf of creditor Gaia, Inc. This is the debtor's third request for an extension of time.
>
> My client is not immediately inclined to agree to the third request for more time. However, in her email below, Ms. Yanaros states that the proposed amended chapter 13 plan will/may include provisions for the payment of Gaia's claim. If so, then we would certainly hear more about this in evaluating whether to agree to the extension. Can you shed any light on this?
>
> Thanks,
>
> Joe
>
> Joseph T. Bernstein
>
> **MERRICK SHANER & BERNSTEIN, LLC**
>
> 4600 South Syracuse Street, 9th Floor
>
> Denver, Colorado 80237
>
> (303) 831-9400
>
> (303) 771-5803 fax



EXHIBIT
3

(734) 644-0462 cell

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Wednesday, March 4, 2026 at 2:09 PM
**To:** Joseph Bernstein <jtb@msbfirm.com>
**Subject:** Re: Goode v. Gaia–Extension of Time to Respond

Hi Joe,

Thanks for your message. I'm unfortunately dealing with a medical issue today and may not be able to speak at length, but I wanted to respond briefly.

My understanding from bankruptcy counsel is that they are evaluating a potential amended Chapter 13 plan structure that would provide for payment of Gaia's judgment claims through the plan. Because that possibility is being explored right now, my hope was simply to allow a short extension so we can determine whether the plan amendment will move forward, which could potentially resolve the issues underlying the adversary proceeding.

I'm happy to connect by phone when I'm able, or I can have bankruptcy counsel reach out if it would be helpful.

Thanks again for your consideration.

Best,

Val

Valerie Yanaros, Esq.

Yanaros Law, P.C.

8300 Douglas Avenue Suite 800

Dallas, Texas 75225

Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---- On Tue, 03 Mar 2026 22:37:19 -0600 **yanaroslaw <valerie@yanaroslaw.com>** wrote ----

Hi Joe,

I wanted to follow up before tomorrow's deadline.

Over the past couple of weeks there have been a couple of developments on our side that may affect how this proceeds. First, I have unfortunately been dealing with a medical situation that has significantly limited my availability during this period. Second, Mr. Goode and bankruptcy counsel are currently evaluating a potential plan structure that would provide for payment of Gaia's judgment claims through the plan. If that approach moves forward, it may resolve the issues underlying the adversary proceeding and make further litigation unnecessary.

Given that possibility, I wanted to ask whether your clients would be willing to allow a brief additional extension (two weeks) so the parties can determine whether the plan amendment will move forward. My hope is that this may ultimately conserve time and expense for everyone involved.

I understand your earlier note that your clients did not anticipate additional

extensions, but I wanted to raise the issue in light of these developments. I'm happy to discuss by phone if that would be helpful.

Thanks as always for your consideration.

Best,

Val

Valerie Yanaros, Esq.

Yanaros Law, P.C.

8300 Douglas Avenue Suite 800

Dallas, Texas 75225

Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

--
N. Craig Horvath
Managing Attorney

The Horvath Law Firm, LLC
PO Box 698
Littleton, CO 80160-0698
Phone: 303-900-8741

This e-mail communication is intended for the use of only the individual or entity named above. This communication may contain confidential attorney-client communication, attorney work product or other privileged and or confidential information intended only for the individual or entity named above.  If you are not the individual or entity named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately via phone or email at craig@thehorvathlawfirm.com and delete this message.