**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 25-16569-JGR |
| JAMES COREY GOODE, | |
| STACY HARTMAN GOODE, | Chapter 13 |
| Debtors. | |
| | |
| GAIA, INC. | Adv. Pro. No. <u>26-01007-JGR</u> |
| Plaintiff, | |
| v. | |
| JAMES COREY GOODE, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR ENTRY OF CLERK'S DEFAULT**

THIS MATTER, having come before the Court upon the filing of Plaintiff's "Motion for Entry of Clerk's Default" (the "Motion") on March 13, 2026; and,

THE COURT, having reviewed the Motion and the Court's file, and having determined that the Motion is meritorious and that the relief therein should be granted;

HEREBY FINDS that Defendant has failed to plead, answer or otherwise respond to Plaintiff's Complaint; therefore

ORDERS that the Motion is hereby GRANTED. The Clerk of the Court shall forthwith enter the default of Defendant on the Court's docket in this adversary proceeding.

Dated: _____          BY THE COURT

_____
United States Bankruptcy Judge