# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br><br>STACY HARTMAN GOODE,<br><br>        Debtors. | Bankruptcy Case No. 25-16569-JGR<br><br>Chapter 13 |
| GAIA, INC.<br><br>        Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br><br>        Defendant. | Adv. Pro. No. <u>26-01007-JGR</u> |

## PLAINTIFF'S STATUS REPORT

Plaintiff, Gaia, Inc. ("Gaia"), through its undersigned counsel, MERRICK SHANER & BERNSTEIN, LLC, respectfully submits this Status Report pursuant to the Court's Order dated March 4, 2026 [Dkt. 4].  Plaintiff respectfully advises the Court as follows:

1.  On March 4, 2026, the Court entered its "Order to Show Cause" [Dkt. 4] directing Gaia to file a written status report respecting this proceeding.  This Status Report is responsive to that Order.

2.  On January 5, 2026, Gaia timely commenced the captioned adversary proceeding, asserting a claim against the Debtor/Defendant, James Corey Goode ("Goode"), pursuant to 11 U.S.C. § 523(a)(2)(A).  *See* Complaint [Dkt. 1].

3.  Copies of the Complaint, Summons and Notice to Litigants were served

upon Goode pursuant to Fed.R.Bankr.P. 7004(b).  Goode's initial deadline to file an answer to the Complaint was February 4, 2026.

4.      Gaia, through its counsel, has repeatedly agreed to extensions of time for Goode to file his answer to the Complaint.  On February 3, 2026, and again on February 17, 2026, a Texas lawyer (Valerie Yanaros, Esq.) requested extensions of time, on Goode's behalf, for the filing of his answer.  In the interest of courtesy, Gaia agreed to those requests.  *See* February 17-18, 2026 correspondence, attached as Exhibit 1.

5.      On March 3, 2026, Ms. Yanaros requested a third extension of time.  *See* March 3-4, 2026 correspondence, attached as Exhibit 2.  Following an e-mail exchange between counsel respecting the need for additional time, Gaia has not agreed to any further extensions of time.  *Id.*

6.      By agreement of the parties, Goode's *extended* deadline to file his answer was March 4, 2026.  Notwithstanding that agreement, Goode has failed to answer or otherwise respond to the Complaint.  Gaia has agreed to no further extensions and Goode has not filed a request with this Court requesting any additional time.  The deadline for Goode to file his answer has now passed.

7.      Gaia did not earlier request the entry of default against Goode because of the agreements made with Goode's attorney, Ms. Yanaros, to extend Goode's filing deadline as a matter of courtesy.  However, those agreements have now expired and Goode has still failed to answer or otherwise respond to the Complaint.

8.      Contemporaneously herewith, Gaia has filed its "Motion for Entry of Clerk's Default" requesting the entry of default against Goode pursuant to Fed.R.Civ.P. 55 and Fed.R.Bankr.P. 7055.  For the reasons set forth herein, Gaia respectfully submits that that Motion

should be granted and default should now enter against Goode. Upon the entry of the Clerk's Default, Gaia shall file a motion seeking default judgment by separate motion.

WHEREFORE, Gaia respectfully responds to the Court's March 4, 2026 Order [Dkt. 4] as set forth above, respectfully advises that the status of this case is as set forth above, and respectfully requests that the Show Cause Order [Dkt. 4] be discharged for the reasons set forth herein.

Dated: March 13, 2026      Respectfully submitted,

/s/ Joseph T. Bernstein
Joseph T. Bernstein, CO Atty. No. 37753
MERRICK SHANER & BERNSTEIN, LLC
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: (303) 831-9400
Facsimile: (303) 771-5803
E-Mail: jtb@msbfirm.com

ATTORNEYS FOR GAIA, INC.

3