**Subject:** Re: Goode v. Gaia–Extension of Time to Respond
**Date:** Wednesday, February 18, 2026 at 9:08:50 AM Mountain Standard Time
**From:** Joseph Bernstein <jtb@msbfirm.com>
**To:** yanaroslaw <valerie@yanaroslaw.com>

Valerie:

We can agree to an additional 14-day extension (through and including March 4, 2026). However, I do not anticipate that my clients will agree to any further extensions of this deadline.

Regards,
Joe

Joseph T. Bernstein
**MERRICK SHANER & BERNSTEIN, LLC**
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237
(303) 831-9400
(303) 771-5803 fax
(734) 644-0462 cell

---

**From:** yanaroslaw <valerie@yanaroslaw.com>
**Date:** Tuesday, February 17, 2026 at 2:51 PM
**To:** Joseph Bernstein <jtb@msbfirm.com>
**Subject:** Re: Goode v. Gaia–Extension of Time to Respond

Hi Joe,

I am reaching out regarding one more extension on the below--I have been/will be out of town for pretty much all of February and still haven't been able to procure other counsel for my client. Would it be possible to get another 2-week extension? I am available to discuss. Also, please let me know if I need to reach out to Daniel instead. Thank you so much and hope you are having a wonderful week.

Best,
Val

Valerie Yanaros, Esq.
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553

**\*Please note new address.**

**Confidentiality Notice:** The information contained in this email and any attachments may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the intended recipient[s] is prohibited. If you have

received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.