**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>SSN:  xxx-xx-2213,<br>STACY HARTMAN GOODE,<br>SSN:  xxx-xx-4026,<br><br>        Debtors. | Case No. 25-16569-JGR<br>Chapter 13 |
| GAIA, INC.,<br><br>        Plaintiff,<br>v.<br><br>JAMES COREY GOODE,<br><br>        Defendant. | Adv. Pro. No. 26-01007-JGR |

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On March 4, 2026, the Court entered an Order to Show Cause (Doc. 4) requiring the Plaintiff to advance administration of the within adversary proceeding by filing with the Court (a) proof of service and a motion for clerk's entry of default, (b) a motion for issuance of an alias summons, or (c) a written status report showing cause as to why this adversary proceeding should not be dismissed for failure to prosecute.

On March 13, 2026, Plaintiff timely filed a Motion for Clerk's Entry of Default (Doc. 7) and a Status Report (Doc. 8).  The Court, being advised in the premises, hereby

DISCHARGES the Order to Show Cause.

Dated: March 16, 2026.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge