(Official Form voClrkEntDeflt #226 04/15)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

James Corey Goode and Stacy Hartman Goode

|                         |               |
|-------------------------|---------------|
| Bankruptcy Case No.: Chapter: | 25-16569-JGR 13 |
| Adversary No.:          | 26-01007-JGR  |

Gaia, Inc.

       Plaintiff,

v.

James Corey Goode

       Defendant.

## CLERK'S ENTRY OF DEFAULT

THIS COMES BEFORE THE COURT on 3/17/26. Upon review of the Motion For Clerk's Entry of Default and the Court file, the Court

FINDS that pursuant to Fed.R.Civ.P. 55(a) made applicable to this adversary proceeding by Fed.R.Bankr.P. 7055,

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

"Entry of default" is distinct from a "default judgment". **Entry of default is not equivalent to a default judgment; the Court shall rule on default judgment only upon the filing of a motion for default judgment, with documentation, if necessary, to establish entitlement to the relief requested.** Plaintiff has sufficiently demonstrated that Defendant has failed to timely plead or otherwise defend. Therefore, it is hereby

ORDERED that Defendant(s) James Corey Goode , is in default pursuant to Fed.R.Civ.P. 55(a), made applicable by Fed.R.Bankr.P. 7055.

Dated: 3/17/26

                        Kenneth S. Gardner
                        Clerk of Bankruptcy Court:

                        s/ R. Cosio
                        Deputy Clerk
                        United States Bankruptcy Court