United States Bankruptcy Court
District of Colorado

Gaia, Inc.,

    Plaintiff

Adv. Proc. No. 26-01007-JGR

Goode,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + James Corey Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Mar 16 2026 23:37:25 | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph T. Bernstein | on behalf of Plaintiff Gaia  Inc. jtb@msbfirm.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br>SSN:  xxx-xx-2213,<br>STACY HARTMAN GOODE,<br>SSN:  xxx-xx-4026,<br><br>     Debtors. | Case No. 25-16569-JGR<br>Chapter 13 |
| GAIA, INC.,<br><br>     Plaintiff,<br>v.<br><br>JAMES COREY GOODE,<br><br>     Defendant. | Adv. Pro. No. 26-01007-JGR |

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On March 4, 2026, the Court entered an Order to Show Cause (Doc. 4) requiring the Plaintiff to advance administration of the within adversary proceeding by filing with the Court (a) proof of service and a motion for clerk's entry of default, (b) a motion for issuance of an alias summons, or (c) a written status report showing cause as to why this adversary proceeding should not be dismissed for failure to prosecute.

On March 13, 2026, Plaintiff timely filed a Motion for Clerk's Entry of Default (Doc. 7) and a Status Report (Doc. 8).  The Court, being advised in the premises, hereby

DISCHARGES the Order to Show Cause.

Dated: March 16, 2026.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge