United States Bankruptcy Court

District of Colorado

Gaia, Inc.,

    Plaintiff

Adv. Proc. No. 26-01007-JGR

Goode,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 226 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + James Corey Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Mar 17 2026 23:18:47 | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph T. Bernstein | on behalf of Plaintiff Gaia  Inc. jtb@msbfirm.com |

TOTAL: 1

(Official Form voClrkEntDeflt #226 04/15)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

James Corey Goode and Stacy Hartman Goode

|                          |              |
|--------------------------|--------------|
| Bankruptcy Case No.: | 25-16569-JGR |
| Chapter: | 13 |
| Adversary No.: | 26-01007-JGR |

Gaia, Inc.

     Plaintiff,

v.

James Corey Goode

    Defendant.

**CLERK'S ENTRY OF DEFAULT**

   THIS COMES BEFORE THE COURT on 3/17/26. Upon review of the Motion For Clerk's Entry of Default and the Court file, the Court

   FINDS that pursuant to Fed.R.Civ.P. 55(a) made applicable to this adversary proceeding by Fed.R.Bankr.P. 7055,

> When a party against whom a judgment for affirmative relief is sought
> has failed to plead or otherwise defend, and that failure is shown by
> affidavit or otherwise, the clerk must enter the party's default.

"Entry of default" is distinct from a "default judgment". **Entry of default is not equivalent to a default judgment; the Court shall rule on default judgment only upon the filing of a motion for default judgment, with documentation, if necessary, to establish entitlement to the relief requested.** Plaintiff has sufficiently demonstrated that Defendant has failed to timely plead or otherwise defend. Therefore, it is hereby

   ORDERED that Defendant(s) James Corey Goode , is in default pursuant to Fed.R.Civ.P. 55(a), made applicable by Fed.R.Bankr.P. 7055.

   Dated: 3/17/26

         Kenneth S. Gardner
         Clerk of Bankruptcy Court:


         s/ R. Cosio
         Deputy Clerk
         United States Bankruptcy Court