## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br><br>STACY HARTMAN GOODE,<br><br>        Debtors. | Bankruptcy Case No. 25-16569-JGR<br><br>Chapter 13 |
| GAIA, INC.<br><br>        Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br><br>        Defendant. | Adv. Pro. No. 1:26-01007-JGR |

## ORDER GRANTING GAIA, INC.S' MOTION FOR DEFAULT JUDGMENT

**THIS MATTER** having come before the Court on the Motion for Default Judgment of Gaia, Inc. ("**Gaia**") against James Corey Goode ("**Mr. Goode**"), the Court having reviewed the Motion, supporting documents and affidavits, does hereby:

**FIND** that on January 5, 2026, Gaia effected service on Mr. Goode as required by Fed. R. Bankr. P. 7004(b)(3), by serving him with a copy of the Complaint and Summons, among other documents.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 523(a)(2)(A).  This is a core proceeding.  Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1409 as Mr. Goode filed for relief in the State of Colorado.  The Court further

**FINDS** that by agreement of the parties, Mr. Goode's deadline to answer or other respond to Gaia's Complaint was March 4, 2026, and that Mr. Goode has failed to answer or otherwise respond to Gaia's Complaint.  The Court further

**FINDS** that Mr. Goode is not active military personnel, and therefore the protections of the Servicemembers Civil Relief Act of 2003, 50 App. U.S.C. § 501, *et seq.*, do not apply.  The Court further

**FINDS** that Gaia filed and served the instant motion pursuant to Fed. R. Civ. P. 55, as incorporated by Fed.R.Bankr.P. 7055, seeking entry of a default judgment against Mr. Goode (the "Motion").  The Court further

**FINDS** that no opposition to the Motion has been filed with the Court, and the Court has determined after due deliberation that sufficient cause exists to grant the Motion and that Plaintiff is entitled to relief sought in the Motion.

**IT IS THEREFORE ORDERED** that the Motion for Default Judgment is hereby granted.

DATED this ___ day of _____, 2026.

BY THE COURT

_____
Honorable Joseph G. Rosania Jr.
United States Bankruptcy Judge

2