## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Bankruptcy Case No. 25-16569-JGR |
| JAMES COREY GOODE, | |
| STACY HARTMAN GOODE, | Chapter 13 |
| Debtors. | |
| GAIA, INC. | Adv. Pro. No. 1:26-01007-JGR |
| Plaintiff, | |
| v. | |
| JAMES COREY GOODE, | |
| Defendant. | |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Joseph G. Rosania Jr., Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

**ORDERED, ADJUDGED AND DECREED** that final judgment be and hereby is entered in favor of Plaintiff Gaia, Inc. and against Defendant James Corey Goode denying Defendant James Corey Goode discharge of the Contingent Contract Claims,[1] insofar as they relate to the Payments, attorneys' fees in connection with recovery of the Payments, and interest, together with the cost and disbursements of this action, pursuant to 11 U.S.C. § 523(a)(2)(A);

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) set forth in the Complaint. *See* Dkt. 1.

2

DATED this _____ day of _____, 2026.


APPROVED BY THE COURT:              FOR THE COURT:


_____       _____
The Honorable Joseph G. Rosania Jr.      Deputy Clerk
United States Bankruptcy Judge

2