## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br><br>STACY HARTMAN GOODE,<br><br>    Debtors. | Bankruptcy Case No. 25-16569-JGR<br><br>Chapter 13 |
| GAIA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br><br>    Defendant. | Adv. Pro. No. 26-01007-JGR |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Joseph G. Rosania, Jr., Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

**ORDERED, ADJUDGED AND DECREED** that final judgment be and hereby is entered in favor of Plaintiff Gaia, Inc. and against Defendant James Corey Goode denying Defendant James Corey Goode discharge of the Contingent Contract Claims[1] in an amount to be liquidated in the pending legal action in the United States District Court for the District of Colorado, *Goode v. Gaia*, Civ. Action No. 20-cv-00742-DDD-KAS, insofar as they relate to the Payments, attorneys' fees in connection with recovery of the Payments, and interest, together with the cost and disbursements of this action, pursuant

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) set forth in the Complaint.  *See* Dkt. 1.

to 11 U.S.C. § 523(a)(2)(A).

DATED this _____1st_____ day of _____June_____, 2026.


APPROVED BY THE COURT:                    FOR THE COURT:


_____                 _____
The Honorable Joseph G. Rosania, Jr.      S. Nicholls,
United States Bankruptcy Judge            Deputy Clerk

2