United States Bankruptcy Court

District of Colorado

Gaia, Inc.,

　　Plaintiff

Adv. Proc. No. 26-01007-JGR

Goode,

　　Defendant

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+ 　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ 　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + James Corey Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Jun 01 2026 23:29:50 | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph T. Bernstein | on behalf of Plaintiff Gaia  Inc. jtb@msbfirm.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| | Bankruptcy Case No. 25-16569-JGR |
| JAMES COREY GOODE, | |
| STACY HARTMAN GOODE, | Chapter 13 |
| Debtors. | |
| | |
| GAIA, INC. | Adv. Pro. No. 26-01007-JGR |
| Plaintiff, | |
| v. | |
| JAMES COREY GOODE, | |
| Defendant. | |

---

**ORDER GRANTING GAIA, INC.S' MOTION FOR DEFAULT JUDGMENT**

---

**THIS MATTER** having come before the Court on the Motion for Default Judgment of Gaia, Inc. ("**Gaia**") against James Corey Goode ("**Mr. Goode**"), the Court having reviewed the Motion, supporting documents and affidavits, does hereby:

**FIND** that on January 5, 2026, Gaia effected service on Mr. Goode as required by Fed. R. Bankr. P. 7004(b)(3), by serving him with a copy of the Complaint and Summons, among other documents. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 523(a)(2)(A). This is a core proceeding. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1409 as Mr. Goode filed for relief in the State of Colorado. The Court further

**FINDS** that by agreement of the parties, Mr. Goode's deadline to answer or other respond to Gaia's Complaint was March 4, 2026, and that Mr. Goode has failed to answer or otherwise respond to Gaia's Complaint. The Court further

**FINDS** that Mr. Goode is not active military personnel, and therefore the protections of the Servicemembers Civil Relief Act of 2003, 50 App. U.S.C. § 501, *et seq.*, do not apply. The Court further

**FINDS** that Gaia filed and served the instant motion pursuant to Fed. R. Civ. P. 55, as incorporated by Fed.R.Bankr.P. 7055, seeking entry of a default judgment against Mr. Goode (the "Motion"). The Court further

**FINDS** that no opposition to the Motion has been filed with the Court, and the Court has determined after due deliberation that sufficient cause exists to grant the Motion and that Plaintiff is entitled to relief sought in the Motion.

**IT IS THEREFORE ORDERED** that the Motion for Default Judgment is hereby granted. The Contingent Contract Claims[1] in an amount to be liquidated in the pending legal action in the United States District Court for the District of Colorado, *Goode v. Gaia*, Civ. Action No. 20-cv-00742-DDD-KAS, insofar as they relate to the Payments, attorneys' fees in connection with recovery of the Payments, and interest, together with the cost and disbursements of this action, are excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A).

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) set forth in the Complaint. *See* Dkt. 1.

DATED this  1st  day of ___June___, 2026.

BY THE COURT

Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge