United States Bankruptcy Court

District of Colorado

Gaia, Inc.,

    Plaintiff

Adv. Proc. No. 26-01007-JGR

Goode,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + James Corey Goode, 6525 Gunpark Dr, # 370-227, Boulder, CO 80301-3346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | ^ MEBN | Jun 01 2026 23:29:50 | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph T. Bernstein | on behalf of Plaintiff Gaia  Inc. jtb@msbfirm.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>JAMES COREY GOODE,<br><br>STACY HARTMAN GOODE,<br><br>      Debtors. | Bankruptcy Case No. 25-16569-JGR<br><br>Chapter 13 |
| GAIA, INC.<br><br>      Plaintiff,<br><br>v.<br><br>JAMES COREY GOODE,<br><br>      Defendant. | Adv. Pro. No. 26-01007-JGR |

**JUDGMENT**

Pursuant to and in accordance with the Order entered by the Honorable Joseph G. Rosania, Jr., Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

**ORDERED, ADJUDGED AND DECREED** that final judgment be and hereby is entered in favor of Plaintiff Gaia, Inc. and against Defendant James Corey Goode denying Defendant James Corey Goode discharge of the Contingent Contract Claims[1] in an amount to be liquidated in the pending legal action in the United States District Court for the District of Colorado, *Goode v. Gaia*, Civ. Action No. 20-cv-00742-DDD-KAS, insofar as they relate to the Payments, attorneys' fees in connection with recovery of the Payments, and interest, together with the cost and disbursements of this action, pursuant

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) set forth in the Complaint. *See* Dkt. 1.

to 11 U.S.C. § 523(a)(2)(A).

DATED this _____1st_____ day of _____June_____, 2026.


APPROVED BY THE COURT:                    FOR THE COURT:


_____                _____
The Honorable Joseph G. Rosania, Jr.      S. Nicholls,
United States Bankruptcy Judge            Deputy Clerk

2